RECEIVED
JAN 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DARRELL SCHEXNAYDER | CIVIL ACTION NO. 2:17-00938 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LOUISIANA CARPENTERS PENSION FUND | MAG. JUDGE KAY |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJDUGED AND DECREED** that the Defendant Louisiana Carpenters Pension Fund's Motion to Dismiss or, In the Alternative, for Summary Judgment (R. #4) is hereby **GRANTED** dismissing with prejudice the instant lawsuit; the motion is **DENIED** as to Defendant's request for attorney's fees.

**IT IS FURTHER ORDERED** that the motion to strike (R. #7) is hereby **DENIED** as moot.

**IT IS FURTHER ORDERED** that Plaintiff pay all court costs.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 22nd day of January, 2018.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE